UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Teresa Stallworth, | ) |
|                Plaintiff, | ) |
| | ) Case No. |
| vs. | ) 1:23-cv-00434-WS-MU |
| | ) |
| Sanofi U.S. Services Inc.; | ) |
| Sanofi-Aventis U.S. LLC, | ) |
| | ) |
|                Defendants. | ) |

**NOTICE OF PENDING SETTLEMENT AND
REQUEST TO STAY PROCEEDINGS**

Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC hereby give notice that the parties have reached an agreement in principle for the complete resolution of this matter. The parties are aware of this filing and have no objection.

The parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the parties respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: November 29, 2023              Respectfully submitted,

                                                        /s/ Christopher C. Yearout

Christopher C. Yearout
W. McKinley Dunn
Lightfoot Franklin & White LLC
400 20th St. North
Birmingham, AL 35203
Phone: 205-581-0700
Email: cyearout@lightfootlaw.com
          mdunn@lightfootlaw.com

Christopher Grambling
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108
Phone: (816) 559-2044
Email: cgrambling@shb.com

***Counsel for Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Gibbs C. Henderson
Nachawati Law Group
5489 Blair Road
Dallas, TX 75231
Phone: 214-890-0711

*/s/ Christopher C. Yearout*
OF COUNSEL