# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TERESA STALLWORTH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 23-0434-WS-MU |
| | ) |
| **SANOFI U.S. SERVICES INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

In accordance with the parties' joint stipulation, (Doc. 24), this action is **dismissed with prejudice**, each party to bear its own attorney's fees and costs.

DONE and ORDERED this 3rd day of December, 2024.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE